**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01310-CMA-MEH

BRUCE BAUMANN,

    Plaintiff,

v.

FEDERAL RESERVE BANK OF KANSAS CITY,
U.S. FEDERAL RESERVE POLICE,
U.S. FEDERAL RESERVE POLICE OFFICER BRIAN J. HILL, and
U.S. FEDERAL RESERVE POLICE OFFICER T. ERICKSON,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
OF DEFENDANT BRIAN J. HILL**

---

This matter is before the Court on the parties' Stipulation for Dismissal of Claims Against Defendant Brian J. Hill With Prejudice (Doc. # 21). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Brian J. Hill is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his own attorneys' fees and costs. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of U.S. Federal Reserve Police Officer Brian J. Hill as a Defendant in this case.

    DATED: August __10__, 2012

                                        BY THE COURT:

                                        *Christine M. Arguello*
                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge