IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01310-CMA-MEH

BRUCE BAUMANN,

      Plaintiff,

v.

FEDERAL RESERVE BANK OF KANSAS CITY,
U.S. FEDERAL RESERVE POLICE, and
T. ERICKSON, U.S. Federal Reserve Police Officer,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 1, 2012.**

      The Joint Motion for Entry of a Protective Order filed by the Plaintiff and Defendants Federal Reserve Bank of Kansas City and T. Erickson [filed September 28, 2012; docket #33] is **granted**. The Stipulated Protective Order is accepted and filed contemporaneously with this minute order.