IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01310-CMA-MEH

BRUCE BAUMANN,

      Plaintiff,

v.

FEDERAL RESERVE BANK OF KANSAS CITY,
TROY ERICKSON, in his individual and official capacities, and
TROY GIBSON, in his individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2012.**

      In the interest of justice, Plaintiff's Unopposed Motion for Leave to Amend Complaint [filed November 1, 2012; docket #38] is **granted**. The Court will accept as filed the First Amended Complaint, located at docket #39. Defendants shall file an answer or other response to the First Amended Complaint in accordance with Fed. R. Civ. P. 15(a).