IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01310-CMA-MEH

BRUCE BAUMANN,

      Plaintiff,

v.

FEDERAL RESERVE BANK OF KANSAS CITY,
TROY ERICKSON, in his individual and official capacity, and
TROY GIBSON, in his individual and official capacity,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the parties' Joint Motion to Dismiss Individual Defendants With Prejudice (Doc. # 94) and Notice of Settlement and Joint Motion to Dismiss With Prejudice (Doc. # 95), the Court rules as follows:

    1.    The parties' joint motions to dismiss (Doc. ## 94 and 95) are GRANTED;

    2.    All claims asserted by Plaintiff against Defendants Erickson and Gibson are dismissed with prejudice;

    3.    All claims asserted by Plaintiff against Defendant Federal Reserve Bank of Kansas City are dismissed with prejudice;

    4.    This case is hereby DISMISSED WITH PREJUDICE in its entirety, each part to pay his or its own attorney fees and costs.

    DATED: October __11__, 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge