**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01310-CMA-MEH

BRUCE BAUMANN,

    Plaintiff,

v.

FEDERAL RESERVE BANK OF KANSAS CITY,
TROY ERICKSON, in his individual and official capacity, and
TROY GIBSON, in his individual and official capacity,

    Defendants.

---

**ORDER GRANTING JOINT MOTION
FOR LEAVE TO ADMINISTRATIVELY REOPEN CASE**

---

This matter is before the Court on the Parties' Joint Motion for Leave to Administratively Reopen the Case (Doc. # 98).  Having reviewed the Joint Motion and being fully advised of the premises therein, the Court hereby

ORDERS that this matter shall be temporarily reopened so that the Court may consider the Parties' Joint Motion to Seal and Restrict Access (Doc. # 99).

DATED:  December __18__, 2013

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge