IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01310-CMA-MEH

BRUCE BAUMANN,

 Plaintiff,

v.

FEDERAL RESERVE BANK OF KANSAS CITY,
TROY ERICKSON, in his individual and official capacity, and
TROY GIBSON, in his individual and official capacity,

 Defendants.

---

**ORDER GRANTING JOINT MOTION TO SEAL EXHIBITS
AND RESTRICT ACCESS AND
ORDER TO CLOSE CASE**

---

 This matter is before the Court on the Parties' Joint Motion to Seal Exhibits and Restrict Access (Doc. # 99). Having reviewed the Joint Motion and being fully advised of the premises therein, the Court hereby

 ORDERS that Exhibit J (Doc. # 50-10) to Defendants' Motion for Summary Judgment (Doc. # 50), Exhibit R (Doc. # 79-4) to Defendants' Reply to Response to Motion for Summary Judgment (Doc. # 79), and Exhibit 4 (Doc. # 99-5) to the Parties' Joint Motion to Seal Exhibits and Restrict Access (Doc. # 99) shall be designated as "Restricted" as Level 1 Restricted Access documents. It is

FURTHER ORDERED that, pursuant to this Court's Order Granting Leave to Administratively Reopen Case (Doc. # 102), this case is now CLOSED.

DATED:  December   20  , 2013

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge